RECEIVED
IN LAKE CHARLES, LA.

SEP 27 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARIO ALBERTO MONTOYA-CLAVIJO** <br> D.O.P. #84076-004 | * <br> * <br> * <br> * | **CIVIL ACTION NO. 2:16-CV-00551** <br> <br> **JUDGE MINALDI** |
| v. | * <br> * | |
| **REBECCA CLAY** | * | **MAGISTRATE JUDGE KAY** |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 6) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Petitioner's Objections (Rec. Doc. 7), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* (Rec. Doc. 1) be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 24 day of _____Sept_____, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE